FILED
17-0962
12/21/2017 5:43 PM
tex-21449248
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## NO. 17-0962

## IN THE
## SUPREME COURT
## OF TEXAS

## IN THE INTEREST OF C.D.G., K.B.G. AND K.M.G., CHILDREN

**From the Fourteenth Court of Appeals;
Court of Appeals Cause No. 14-17-00261-CV**

**Trial Court No. 2016-00144J in the
313th District Court in Harris County, Texas**

## TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES' WAIVER OF RESPONSE TO PETITION FOR REVIEW

TO THE HONORABLE JUSTICES OF THE SUPREME COURT:

Pursuant to Rule 53.3 of the Texas Rules of Appellate Procedure, Respondent Texas Department of Family & Protective Services (the "Department") waives its right to respond to the Petition for Review filed in this proceeding. However, the Department reserves the right to file a response to the petition for review should this Court request a response.

1

Respectfully submitted,

_/s/ Michael R. Hull_____

|                      |                                      |
|----------------------|--------------------------------------|
| OF COUNSEL:          | MICHAEL R. HULL                      |
| VINCE RYAN           | Senior Assistant County Attorney     |
|                      | State Bar No. 24003733               |
| County Attorney      | 1019 Congress, 15th Floor            |
| Harris County, Texas | Houston, Texas  77002                |

(713) 274-5138 (telephone)
(713) 437-4700 (facsimile)
michael.hull@cao.hctx.net (e-mail)

ATTORNEY FOR RESPONDENT
TEXAS DEPARTMENT OF FAMILY
& PROTECTIVE SERVICES

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2017, a true and correct copy of the foregoing, *Respondent Texas Department of Family & Protective Services' Waiver of Response to Petition for Review*, was delivered via electronic service, facsimile, e-mail, certified mail, return-receipt requested, or hand-delivery, to the following:

**Counsel for Petitioner L.G.:**
Donald M. Crane
CRANE LANE LLP
810 S. Mason Rd., Ste. 350
Katy, Texas  77450
(281) 392-5383 (facsimile)
donmcrane@gmail.com (e-mail)

**Attorney Ad Litem for Children C.D.G., K.B.G. and K.M.G.:**
Katie Flynn
17077 Texas Ave., #58745
Houston, Texas  77598
katie.flynn@att.net (e-mail)

 _/s/ Michael R. Hull_____
MICHAEL R. HULL
Senior Assistant County Attorney